An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TONY R. AMATI,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62733

**FILED**

MAY 10 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal initiated by the filing of a proper person notice of appeal. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant failed to designate an appealable order. Accordingly, we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Douglas W. Herndon, District Judge
Tony R. Amati
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13826